IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WARD DEAN, M.D. and,**
**KUMJA DEAN**
      **Plaintiffs,**

vs.                                                               No.   3:05cv29/LAC/MD

**ESCAMBIA COUNTY, et. al,**
      **Defendants.**
_____

**ORDER**
**and**
**REPORT AND RECOMMENDATION**

      Before the court are plaintiffs' motions to dismiss Shannon Renaud as a party defendant and to defer consideration of defendant McCann's motion for summary judgment (doc. 30). The motions should be granted.

      In addition, the court now has under advisement motions to dismiss filed by defendant Robert Gaines (doc. 6) and defendants Escambia County Commissioners, James H. Martin, Charles E. Walker, G. Thomas Smith, Janet Ladner, Michael Godwin, Paul Hybart, James E. Howes, Howard Chunn, Lloyd Bryan and Keith Williams (doc. 10). Because these latter motions raise significant questions concerning this court's jurisdiction, discovery should be stayed, except as set out below, until the issues raised in the motions are resolved.

      Accordingly, it is ORDERED that plaintiffs motion to defer consideration (doc. 30) is GRANTED as follows:

      (1)    Plaintiffs shall have forty-five (45) days to conduct discovery

concerning the participation of Deputy McCann in the events set out in the complaint.

(2)   Plaintiffs must file their opposition to Deputy McCann's motion for summary judgment no later than May 31, 2005.

It is further ORDERED that all other discovery is stayed.  No other discovery shall be had as to any other party or issue until further order of the court.

And it is it is respectfully RECOMMENDED that plaintiffs' motion to dismiss defendant Shannon Renaud as a party defendant (doc. 30) be GRANTED.

At Pensacola, Florida, this 1st day of April, 2005.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

**Any objections to the foregoing REPORT AND RECOMMENDATION must be filed within ten days after being served a copy hereof.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 701 (11th Cir. 1988).**