IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WARD DEAN, M.D. and**
**KUMJA DEAN,**
    **Plaintiffs,**

vs.                                                                  **3:05cv29/LAC/MD**

**ESCAMBIA COUNTY, et al.,**
    **Defendants.**
_____

## O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 1, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiffs' motion to dismiss defendant Shannon Renaud as a party defendant (doc. 30) is GRANTED.

    DONE AND ORDERED this 4th day of May, 2005.

                                                      *s/L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**