IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN, M.D. and
KUMJA DEAN,
    Plaintiffs,

vs.                                      3:05cv29/LAC/MD

ESCAMBIA COUNTY, et al.,
    Defendants.
_____

O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 20, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This action is dismissed with prejudice for lack of subject matter jurisdiction.  The court will retain its inherent jurisdiction to consider any subsequent claims for attorney fees or Rule 11 or other sanctions, and this case is referred back to the magistrate judge for ruling on the pending Rule 11 motion.

    DONE AND ORDERED this 4th day of May, 2005.


                                                *s/L.A. Collier*
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**