IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WARD DEAN, M.D. and**
**KUMJA DEAN,**
    **Plaintiffs,**

vs.                                                                            3:05cv29/LAC/MD

**ESCAMBIA COUNTY, et al.,**
    **Defendants.**
_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 4, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

    1.    The Special Master's report and recommendation is adopted and incorporated by reference in this order.

    2.    The magistrate judge's Interim Findings of Fact and Conclusions of Law Relating to Attorney Fees and Rule 11 Sanctions (doc. 63) are adopted.

    3.    Ward Dean, M.D. shall pay the sum of $5,580.00 to the Board of County Commissioners of Escambia County, Florida, c/o Charles Peppler, Esq., 14 West Government Street, Pensacola, Florida 32502, as reasonable attorney fees, within thirty (30) days.

    4.    Ward Dean, M.D. shall pay the sum of $11,136.94 to Robert P. Gaines, c/o Thomas F. Gonzalez, Esq., Post Office Box 12950, Pensacola, Florida 32591-2950, as a sanction for violating Rule 11, such sanction to be in the form of reasonable attorney fees and costs, within thirty (30) days.

5. The clerk is directed to enter judgment against Ward Dean and in favor of the Board of County Commissioners of Escambia County, Florida and Robert P. Gaines in the foregoing amounts.

DONE AND ORDERED this 22nd day of November, 2005.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE